IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | CR No. 0:08-00611-MBS |
| vs. ) | |
| ) | **ORDER AND OPINION** |
| Laurkeda Montrell Montgomery, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the court on Defendant's motion to correct sentence under 28 U.S.C. § 2255. A memorandum in support of Defendant's motion was filed on April 7, 2016, arguing that in light of the Supreme Court's holding in *Johnson v. United States*, 135 S. Ct. 2551 (2015), Defendant's sentence should be vacated. On June 7, 2016, the Government filed a response agreeing that Defendant's motion should be granted and he should be resentenced.

The court grants the motion for relief under 28 U.S.C. § 2255. The Judgment Order in 0:08-CR-00611-MBS, filed December 19, 2008, is hereby vacated, and this matter is set for resentencing on June 27, 2016. A separate notice specifying the time of the hearing will be forthcoming.

**IT IS SO ORDERED**.

                                                               s/ Margaret B. Seymour
                                                               MARGARET B. SEYMOUR
                                                               Senior United States District Judge

Columbia, South Carolina
June 8, 2016